NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EOLAS TECHNOLOGIES INCORPORATED** AND **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**
*Plaintiffs-Appellants,*

**v.**

**AMAZON.COM, INC.,** AND **YAHOO! INC.,**
*Defendants-Appellees,*

AND

**GOOGLE INC.,** AND **YOUTUBE, LLC,**
*Defendants-Appellees,*

AND

**J.C. PENNEY CORPORATION, INC.,**
*Defendant-Appellee.*

---

2012-1632

---

Appeal from the United States District Court for the Eastern District of Texas in No. 09-CV-0446, Chief Judge Leonard Davis.

---

## JUDGMENT

---

MIKE McKOOL JR., McKool Smith, P.C., of Dallas, Texas, argued for plaintiffs-appellants. With him on the brief were DOUGLAS A. CAWLEY, of Dallas, Texas, and KEVIN L. BURGESS, JOHN B. CAMPBELL and JOEL L. THOLLANDER, of Austin, Texas.

DARYL L. JOSEFFER, King & Spalding LLP, of Washington, DC, argued for defendants-appellees. With him on the brief was ADAM CONRAD, for all defendants-appellees. Of counsel on the brief were DOUGLAS E. LUMISH, Kasowitz, Benson, Torres & Friedman, LLP, of Redwood Shores, California, for defendants-appellees, Google Inc., et al.; DIANE K. LETTELLEIR, J.C. Penney Corporation, Inc., Plano, Texas, for defendant-appellee for J.C. Penney Corporation, Inc.; EDWARD R. REINES, Weil, Gotshal & Manges, LLP, of Redwood Shores, California, and JENNIFER H. DOAN, Haltom & Doan, of Texarkana, Texas, for defendants-appellees Amazon.com, Inc., et al.; KEVIN T. KRAMER, Yahoo! Inc., of Sunnyvale, California, for defendant-appellee, Yahoo! Inc.; and JEFFREY H. DEAN, Amazon.com, Inc., of Seattle, Washington, for defendant-appellee, Amazon.com, Inc.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 22, 2013 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk |